**FILED**
**CLERK**

5/1/2018 10:50 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Kristina Roaldsen and Ilse Smith, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

GC Services Limited Partnership,

Defendant.

Docket No: 2:17-cv-03688-JMA-AYS

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 27, 2018

**LEWIS BRISBOIS BISGAARD &**
**SMITH, LLP**

By: ___/s Jeffrey Spiegel_____
Jeffrey Spiegel
77 Water Street, 21st Floor
New York, New York 10005
Tel: (646) 783-1703
Jeffrey.Spiegel@lewisbrisbois.com
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:___/s Craig B. Sanders_____
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email:
*ConsumerRights@BarshaySanders.com*
Our File No: 111671
*Attorneys for Plaintiff*

SO ORDERED.
/s/ Joan M. Azrack, USDJ
5/1/2018